Neil E. Herman
Patrick D. Fleming
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York  10178-0060
Telephone:  (212) 309-6000
Facsimile:  (212) 309-6001

Gerald C. Bender
Sharon L. Levine
Kenneth A. Rosen
Michael Savetsky
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

- and –

65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Debtors*

*Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                                                                    :        **Chapter 11**
                                                                              :
**PULP FINISH 1 COMPANY (f/k/a/ Journal**    :
**Register Company),** *et al.***,**                             :        **Case No. 12-13774 (SMB)**
                                                                              :
                                    Debtors.[1]              :        **(Jointly Administered)**
---------------------------------------------------------------x

**NOTICE OF (A) ENTRY OF THE CONFIRMATION ORDER, (B) THE
OCCURRENCE OF THE EFFECTIVE DATE OF THE PLAN, (C) THE
REJECTION CLAIMS BAR DATE, (D) THE ADMINISTRATIVE CLAIMS
BAR DATE, AND (E) THE FINAL FEE APPLICATION DEADLINE**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Pulp Finish 1 Company (f/k/a Journal Register Company) (8615), Register Company, Inc. (6548), Chanry Communications Ltd. (3704), Pennysaver Home Distribution Corp. (9476), All Home Distribution Inc. (0624), JR East Holdings, LLC (N/A), Journal Register East, Inc. (8039), Journal Company, Inc. (8220), JRC Media, Inc. (4264), Orange Coast Publishing Co. (7866), St. Louis Sun Publishing Co. (1989), Middletown Acquisition Corp. (3035), JiUS, Inc. (3535), Journal Register Supply, Inc. (6546), Northeast Publishing Company, Inc. (6544), Hometown Newspapers, Inc. (8550), The Goodson Holding Company (2437), Acme Newspapers, Inc. (6478), Pulp Finish 3 Company (f/k/a 21st Century Newspapers, Inc.) (6233), Morning Star Publishing Company (2543), Heritage Network Incorporated (6777), Independent Newspapers, Inc. (2264), Voice Communications Corp. (0455), Digital First Media Inc. (0431), Great Lakes Media, Inc. (5920), Up North Publications, Inc. (2784), Greater Detroit Newspaper Network, Inc. (4228), Great Northern Publishing, Inc. (0800), and Saginaw Area Newspapers, Inc. (8444).  The mailing address for each of the Debtors is c/o Ocean Ridge Advisors, LLC, 56 Harrison Street, Suite 203A, New Rochelle, NY  10801.

**PLEASE TAKE NOTICE** of the following:

1.      Confirmation of the Plan: On October 15, 2013, the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New York (the "**Bankruptcy Court**"), entered the *Order Confirming the Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Docket No. 856] (the "**Confirmation Order**") confirming the *Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors*, dated as of June 24, 2013 (the "**Plan**"). Copies of the Confirmation Order and the Plan may be obtained by written request to the Liquidating Trustee,[2] Ocean Ridge Capital Advisors, LLC, Attn: Bradley E. Scher, 56 Harrison Street, Suite 203A, New Rochelle, NY  10801.

2.      Effective Date: The Effective Date of the Plan occurred on October 30, 2013 (the "**Effective Date**").

3.      Rejection Claims Bar Date: Unless an earlier deadline has been fixed by an order of the Court entered on or before the Effective Date with respect to any executory contract or unexpired lease, all Proofs of Claim for damages arising out of the rejection of an executory contract or unexpired lease pursuant to the Plan or otherwise must be served upon (i) the Claims Agent, American Legal Claims Services, LLC, 5985 Richard Street, STE 3, Jacksonville, FL 32216, Attn: Journal Register Company Claims Processing; and (ii) the Liquidating Trustee, Ocean Ridge Capital Advisors, LLC, 56 Harrison St., Suite 203A, New Rochelle, NY 10801, Attn: Bradley E. Scher no later than Friday, November 29, 2013 (the "**Rejection Claims Bar Date**"). Any such Claim not served upon the Claims Agent and the Liquidating Trustee and actually received on or before the Rejection Claims Bar Date shall be forever barred and shall not be enforceable against the Debtors, their Estates, the Liquidating Trust, the Liquidating Trust Assets, and their respective properties and interests, unless otherwise ordered by the Bankruptcy Court.

4.      Administrative Claims Bar Date: All requests for payment of an Administrative Claim, other than for Professional Fees, for any unpaid Administrative Claims that may have accrued between April 6, 2013 and the Effective Date must be served upon (i) the Claims Agent, American Legal Claims Services, LLC, 5985 Richard Street, STE 3, Jacksonville, FL 32216, Attn: Journal Register Company Claims Processing; and (ii) the Liquidating Trustee, Ocean Ridge Capital Advisors, LLC, 56 Harrison St., Suite 203A, New Rochelle, NY 10801, Attn: Bradley E. Scher no later than Friday, November 29, 2013 (the "**Administrative Claims Bar Date**"). Any party that fails to timely file a request for payment of an Administrative Claim shall be, absent further order of the Bankruptcy Court, forever barred, estopped, and enjoined from asserting such Claim against any of the Debtors, their Estates, the Liquidating Trust or the Liquidating Trust Assets, and the Debtors, their Estates, the Liquidating Trust and the Liquidating Trust Assets shall be forever discharged from any and all liability with respect to such Claim.

---

[2]    All capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Confirmation Order or the Plan, as applicable.

5. <u>Final Fee Application Deadline</u>: Any Professional seeking an award by the Bankruptcy Court of an Allowed Administrative Claim on account of Professional Fees incurred from the Petition Date through and including the Effective Date shall, no later than Monday, December 30, 2013 (the "**Final Fee Application Deadline**"), File a final application for allowance of compensation for services rendered and reimbursement of expenses incurred through and including the Effective Date. Such applications shall be served on (a) counsel to the Debtors, Morgan Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060, Attn: Neil E. Herman; and Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn: Michael R. Nestor; (b) the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Brian Masumoto, (c) counsel for the Committee, Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020, Attn: Gerald C. Bender, and (d) the Liquidating Trustee, Ocean Ridge Capital Advisors, LLC, 56 Harrison Street, Suite 203A, New Rochelle, NY 10801, Attn: Bradley E. Scher. Unless otherwise ordered by the Bankruptcy Court, any professional fee applications that are not filed by the Final Fee Application Deadline will not be considered by the Bankruptcy Court.

**[REMAINDER OF PAGE INTENTIONALLY OMITTED]**

Dated: New York, New York
     October 30, 2013

MORGAN LEWIS & BOCKIUS LLP

s/Neil E. Herman
Neil E. Herman
Patrick D. Fleming
101 Park Avenue
New York, New York  10178-0060
Telephone:  (212) 309-6000
Facsimile:  (212) 309-6001

*Counsel to the Debtors*

Dated: New York, New York
     October 30, 2013

LOWENSTEIN SANDLER LLP

s/Gerald C. Bender
Gerald C. Bender
Sharon L. Levine
Kenneth A. Rosen
Michael Savetsky
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

- and –

65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Official Committee
of Unsecured Creditors*